BEFORE THE SECOND DIVISION, MARCH 17, 1964

**No. 68350.**—Chadwick-Miller Importers, Inc. *v.* United States, protests 62/9989 and 62/9987 (Boston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of vacuum brushes similar in all material respects to those the subject of *Bruce Duncan Company, a/c Sims-Worms* v. *United States* (45 Cust. Ct. 85, C.D. 2202), the claim of the plaintiff was sustained.